No. 96–8604. PARKER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–8608. HAMPTON v. WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 96–8609. BAUTISTA DE LA CRUZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8612. MYERS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8613. LAMB v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 96–8614. McNEIL v. AGUILOS ET AL. C. A. 2d Cir. Certiorari denied.

No. 96–8617. CUARTAS v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 96–8620. RHOADES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8622. PORTER v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 96–8631. MARTINEZ-CANO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8633. KINCAID v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8635. IRVIN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 96–8645. TAYLOR v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 96–8647. TALAMASEY v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 96–8663. JUVENILE MALE v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 96–8670. JOHNSON v. UNITED STATES. C. A. 9th Cir. Certiorari denied.